THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TANNA L. SALAZAR | § | CASE NO. 10-41625-R |
| XXX-XX-3171 | § | |
| 2811 COUNTRY VILLA CIRCLE | § | CHAPTER 13 |
| CARROLLTON, TX 75006 | § | |
| | § | |
| DEBTOR | § | |

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

COMES NOW, John J. Talton, Acting Chapter 13 Trustee, in the above numbered and styled case, filing this Notice to Deposit Unclaimed Funds, and in support thereof, would show the Court as follows:

1. John J. Talton, Acting Chapter 13 Trustee is the duly qualified and acting Trustee in this case, and files this Notice to Deposit Unclaimed Funds pursuant to 11 USC §347(a).

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan, the Trustee's Recommendation Concerning Claims, and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

| Creditor | Ct Claim No | Reserve Amount |
|---|---|---|
| SPRINGMAN BRADEN WILSO | 2 | $2,875.54 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $2,875.54 is attached to this Notice.

Dated: 10/29/15

*Shelly Terrill* (signature)

John J. Talton, Acting Chapter 13 Trustee, TBN 19629700
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

Case 10-41625   Doc 20   Filed 06/29/15   Entered 06/29/15 10:43:57   Desc Main
                        Document      Page 2 of 2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

TANNA L. SALAZAR
2811 COUNTRY VILLA CIRCLE
CARROLLTON, TX  75006

YORK & ASSOCIATES PLLC
P. O. BOX 166831
IRVING, TX  75016

SPRINGMAN BRADEN WILSO
1022 BANNOCK ST
DENVER, CO  80204

Dated: 6/29/15

_____
Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFunds