**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

EOD
08/05/2015

IN RE:
Tanna L. Salazar
2811 County Villa Circle
Carrollton, TX 75006
SSN: XXX-XX-3171
Debtor

Case No. 10-41625 btr
Chapter: 13

## ORDER DISMISSING PLEADING WITHOUT PREJUDICE

On this date, the Court considered the Application for Payment of Dividend from Unclaimed Funds (the "Pleading") filed by Tanna L. Salazar (the "Movant") on July 27, 2015. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Funds are not available to Tann L Salazar in the amount of $2875.54

IT IS THEREFORE ORDERED that the Pleading filed by Movant on July 27, 2015 is hereby DISMISSED without prejudice.

Signed on 8/5/2015

*Brenda T. Rhoades* MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE